NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000421
07-JUL-2015
07:51 AM

NO. CAAP-15-0000421

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF GP

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 13-00247)

ORDER GRANTING THE JUNE 26, 2015 MOTION TO WITHDRAW APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Mother-Appellant's June 26, 2015 Motion to Withdraw Appeal (Motion), which the court construes as a motion to dismiss the appeal, the papers in support, and the record, it appears that (1) the appeal was docketed July 1, 2015; and (2) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 7, 2015.

Presiding Judge

Associate Judge

Associate Judge